R. CHRISTOPHER READE, ESQ.
Arizona Bar No. 026091
CORY READE DOWS AND SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile: (702) 794-4421
cready@crdslaw.com
Attorneys for Creditor GRACE TAM and HALL TAM

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ROBERT CLYDE PORTER II,<br><br>Debtor. | Case No. : 3:24-bk-05790-DPC<br>Chapter 13 |
| HALL TAM; GRACE TAM,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT CLYDE PORTER II,<br><br>Defendants. | Adv. Case No. 3:24-00244-DPC |

## **CERTFICATE OF SERVICE**

I hereby certify that on the 15th day of November, 2024, that I completed service of the foregoing COMPLAINT FOR NONDISCHARGEABILITY OF DEBTS PURSUANT TO 11 U.S.C. § 523 and Summons in an Adversary Proceeding and caused to be deposited with the United States Post Office by First Class Mail postage prepaid and Certified United States Mail, the original Summons and a copy of the Complaint, and such documents were mailed as follows:

Robert Clyde Porter II
75 Elysian Drive
Sedona, AZ 86336
Defendant Pro Se

| | |
|---|---|
| 1 | Edward J. Maney, Esq |
| 2 | 101 N. First Avenue Suite 1775<br>Phoenix, Arizona 85003 |
| 3 | 602-277-3776 |
| 4 | 602-277-4103 (fax)<br>Chapter 13 Trustee |
| 5 | |
| 6 | OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE SUITE 204 |
| 7 | PHOENIX, AZ 85003<br>USTPRegion14.PX.ECF@USDOJ.GOV |

                                                                               /s/ Joanne Miller
                                                                               An employee of Cory Reade Dows and Shafer