# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## MINUTE ENTRY

### Hearing Information

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Daniel P. Collins |
| Adversary Case Number: | 3:24-ap-00244-DPC |
| Administrative Case Number: | 3:24-bk-05790-DPC |
| Chapter: | |
| Caption: | Tam et al v. PORTER, II |
| Date and Time: | 04/10/2025 11:00 AM |
| Location(s): | PHX-603 |
| Courtroom Clerk: | Renee Bryant |
| Electronic Court Recording Operator: | Staci Jo Fagan |

### Matter(s)

Motion to Determine Motion for the Court to Retain Jurisdiction

### Appearances

Robert Christopher Reade, Attorney for Plaintiff

### Proceedings

Mr. Reade presents the motion, noting there has been no opposition to the motion to retain jurisdiction filed with the Court. He asks that the Court retain jurisdiction in the current pending bankruptcy.

The Court discusses transferring this adversary to administrative case 24-bk-10617-DPC.

Mr. Reade agrees that the lead case for the adversary should be changed to the current bankruptcy case 24-bk-10617-DPC.

COURT: IT IS ORDERED GRANTING THE MOTION TO RETAIN JURISDICTION. THE COURT INSTRUCTS MR. READE TO UPLOAD A FORM OF ORDER GRANTING THE MOTION AND DIRECTING THE CLERK'S OFFICE TO TRANSFER ADVERSARY 24-AP-00244-DPC TO THE MOST RECENT ADMINISTRATIVE CASE 24-BK-10617-DPC. MR. READE'S ORDER SHALL ALSO INCLUDE LANGUAGE DIRECTING THE CLERK'S OFFICE TO EITHER WAIVE OR RECOGNIZE THAT NO NEW FILING FEE NEEDS TO BE PAID.

Mr. Reade understands the Court's ruling.

COURT: THE COURT ASKS THAT MR. READE EMAIL A COPY OF THE PROPOSED ORDER IN WORD FORMAT TO ITS COURTROOM DEPUTY, RENEE BRYANT, AT RENEE_BRYANT@AZB.USCOURTS.GOV. THE COURT WILL REVIEW THE PROPOSED ORDER WITH THE CLERK'S OFFICE BEFORE SIGNING.