SO ORDERED.

Dated: April 29, 2025

Daniel P. Collins, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| ROBERT CLYDE PORTER II, | ) | Case No.: 3:24-bk-05790-DPC |
| | ) | |
| Debtor. | ) | Adv. Case No.: 3:24-ap-00244-DPC |
| | ) | |
| HALL TAM; GRACE TAM, | ) | **ORDER:** |
| | ) | **1. GRANTING MOTION FOR COURT TO RETAIN JURISDICTION AND** |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | **2. TRANSFERRING ADVERSARY PROCEEDING TO ADMINISTRATIVE CASE 3:24-BK-10617-DPC** |
| ROBERT CLYDE PORTER II, | ) | |
| | ) | |
| Defendants. | ) | |

This matter having come before the Court on April 10, 2025 on Plaintiffs HALL TAM and GRACE TAM's Motion for the Court to Retain Jurisdiction (Docket Entry 7); the Court having reviewed the papers and pleadings on file herein and having heard argument from Plaintiffs' counsel; the Court finding that considerations of judicial economy, fairness, convenience and comity, pursuant to 11 U.S.C. §349, weigh in favor of the Court retaining jurisdiction over this Adversary Proceeding; and for good cause appearing:

IT IS HEREBY ORDERED:

(1) The Motion to Retain Jurisdiction over Adversary Case No. 3:24-ap-00244-DPC shall be and hereby is GRANTED.

. . .

. . .

(2) Because Debtor/Defendant has a different presently pending and active administrative case before this Court, the administrative case for Adversary Case No. 3:24-ap-00244-DPC shall be transferred to and administered under Case No. 3:24-bk-10617-DPC.

(3) The Clerk's Office is directed to make this change and shall recognize that no new or additional filing fee shall be required in this transferred and retained Adversary Case No. 3:24-ap-00244-DPC.

**DATED AND SIGNED ABOVE**